**Bobby LUCKY, Plaintiff–Appellant**

v.

**Kelli WARD; Richard A. Trinci, Jr.; Chuma Anaduaka; Kathryn A. Bell; Dr. Bruce Smith; Jane Doe, Defendants–Appellees.**

No. 08–41091

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 28, 2009.

Bobby Lucky, Angleton, TX, pro se.

Carol M.V. Garcia, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Defendants–Appellees.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Bobby Lucky, Texas prisoner # 1048046, proceeding pro se and in forma pauperis, appeals the district court's grant of summary judgment in favor of Appellees, denying Lucky's claims for relief and dismissing his lawsuit. We have carefully reviewed the record on appeal, including the briefs of the parties and the rulings of the district court, as a result of which we are convinced that the judgment of the district court, its rulings and orders, should be, and hereby are, in all respects,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.